UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS RELIEF AND CHARITY FUND, THE CARPENTER CONTRACTORS ALLIANCE OF METROPOLITAN NEW YORK, and THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS, <br><br>Plaintiffs, <br><br>-against- <br><br>MINELLI CONSTRUCTION CO., INC. and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, <br><br>Defendants. | 20 CV 4211(KPF) <br><br><br> **DEFAULT JUDGMENT** |

This action having been commenced on June 2, 2020, and a copy of the Summons and Complaint having been served on Defendant Minelli Construction Co., Inc. ("Minelli") on August 10, 2020, by serving Nancy Dougherty, an authorized person in the Corporation Division of the Department of State, and Minelli not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on November 2, 2020; it is hereby ordered and adjudged that a default judgment be entered against Minelli and that the Court enter an Order:

1. Declaring that Minelli failed to remit all contributions and dues required under the collective bargaining agreement and that it is therefore liable for payment of the contributions, dues, and associated damages sought in this action;

2. Directing Minelli to pay the Plaintiffs $57,136.02, consisting of interest owed in connection with contributions owed on the LaGuardia Project of $9,845.26; liquidated damages of $42,241.76; and attorneys' fees and costs incurred in the action of $5,049.00.

3. Awarding Plaintiffs post-judgment interest at the statutory rate.

Katherine Polk Failla
United States District Judge


This document was entered on the docket on

December 14, 2020